☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Christopher Michael Adams**                                       Case No.

Debtors:                                                                                         Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1) **317 Russell Rd.**                            (2) _____
**Jackson, TN 38301**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **701.00**    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR ( X ) DIRECT PAY**

**Debtor(2)** shall pay $ _____    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION**                                          **OR (   ) DIRECT PAY**
From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES    ☐ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                          Monthly Plan Payment:

**None**    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**                                       Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**    ongoing payment begins _____    $ _____
Approximate arrearage: _____    Interest _____    $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Jackson Credit** | 2,962.76 | 6.00 | $62.00 |
| **Republic Finance** | 1,456.26 | 6.00 | $33.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Ford Motor Credit (BK Notc)** | 25,500.44 | 6.00 | $495.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                              ☐   Not provided for   **OR**   ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $17,007.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐   _____ %, OR,
☑   **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                              ☐   Assumes   **OR**   ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ KENNETH L. WALKER                                     Date  June 13, 2019                              .
KENNETH L. WALKER 6459
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)